**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MARIO GODHIGH,

      Plaintiff,

v.                                  CASE NO. 5:18-cv-214-MCR-GRJ

C BARTON,

      Defendant.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report
and Recommendation dated September 18, 2018. ECF No. 3. The parties have
been afforded an opportunity to file objections pursuant to Title 28, United States
Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed
objections.

      Having considered the Report and Recommendation, and any objections
thereto timely filed, I have determined that the Report and Recommendation
should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and
incorporated by reference in this Order.

2.     This case is **DISMISSED** pursuant to the 28 U.S.C § 1915(g) three-strikes bar and for abuse of the judicial process.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of October 2018.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**